**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover                    Date:  November 6, 2013
Court Reporter:       Terri Lindblom

Criminal Action No. 11-cr-00412-MSK

*Parties*:                                                                *Counsel Appearing:*

UNITED STATES OF AMERICA,                      James Boma

        Plaintiff,

v.

ROBERT MASON BYAS,                                   Robert Berger

        Defendant.

**COURTROOM MINUTES**

HEARING:     Motions (Doc. #553)

**9:08 a.m.     Court in session.**

Defendant's appearance is waived.

The Court addresses the Government's Motion to Reduce Sentence (**Doc. #553**)

Argument.

Oral findings are made of record and incorporated herein.

**ORDER:**     Motion to Reduce Sentence (**Doc. #553**) is **GRANTED.**

**9:17 a.m.     Court in recess.**

**Total Time:   17 minutes.
Hearing concluded.**